**CAROL ANN MOSES  #164193**
Attorney at Law
7636N. Ingram Ave., #104
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant,
Alexander Paul Schaibly

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 6:18-mj-00006-MJS |
|---|---|
| Plaintiff, | |
| v. | **REQUEST TO APPEAR TELEPHONICALLY AT MAY 16, 2018 STATUS CONFERENCE;  ORDER THEREON** |
| ALEXANDER PAUL SCHAIBLY, | |
| Defendant. | |

The Defendant, ALEXANDER PAUL SCHAIBLY, and his attorney of record, CAROL ANN MOSES, request that Counsel be allowed to appear telephonically at the May 16, 2018 Status Conference.

Defense counsel is trying to economize her travel time to U.S. District Court in Yosemite National Park by only driving to Yosemite when she has multiple cases on calendar and not when there is just one case for which she is to appear.

Dated:  May 11, 2018                                    /s/ Carol Ann Moses
                                                                         CAROL ANN MOSES
                                                                         Attorney for Defendant,
                                                                         Alexander Paul Schaibly

**ORDER**

The Court, having reviewed the above request **HEREBY ORDERS AS FOLLOWS:**

1. The Court grants the above Request for Defense Counsel to appear telephonically at the Status Conference on May 16, 2018; and the above Request is adopted as its terms for the Order of this Court.

2. Accordingly, Attorney for Alexander Paul Schaibly, Carol Moses, will appear telephonically at the Status Conference, for Case No. 6:18-mj-00006-MJS, on May 16, 2018, at 10:00 AM.

Dated:  May 14, 2018                    /s/ *Jeremy D. Peterson*
                                        UNITED STATES MAGISTRATE JUDGE

REQUEST FOR DEFENSE COUNSEL TO APPEAR BY
TELEPHONE AT MAY 16, 2018 STATUS CONFERENCE;
[PROPOSED] ORDER THEREON

2