**CAROL ANN MOSES  #164193**
Attorney at Law
7636N. Ingram Ave., #104
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant,
Alexander Paul Schaibly

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER PAUL SCHAIBLY,<br><br>Defendant. | 6:18-mj-00006-MJS<br><br>**REQUEST TO FOR PROBATION MODIFICATION; ORDER THEREON** |

The Defendant, ALEXANDER PAUL SCHAIBLY, by and through his attorney of

record, CAROL ANN MOSES, requests that he be allowed to modify the terms and conditions of

his probation imposed on July 10, 2018 in case No. 6:18-mj-0006-MJS.

On the date probation was imposed, Mr. Schaibly was ordered to pay $490.00 plus a

special assessment of $10.00. Additionally, Mr. Schaibly was ordered to complete 150 hours of

community service.  He was sentenced to a term of 24 months of non-reporting probation.

Mr. Schaibly understands that the community service hours are worked at the rate of

$10.00 per hour. Mr. Schaibly has moved to Hawaii to live with his sister, where he has obtained

employment as a waiter at a restaurant; he is now able to pay the fine in full. Mr. Schaibly wishes

to convert the 150 hours of community service to a fine payment of $1500.00. Mr. Shaibly has paid approximately $450.00 of the fine ordered by the Court. Mr. Shaibly is not seeking to modify the length of the probationary period.

The Legal Officer for the National Park Service has no objection to Mr. Shaibly's request for a modification of his probation.

Dated:  December 31, 2018                              /s/ Carol Ann Moses
                                                              CAROL ANN MOSES
                                                              Attorney for Defendant,
                                                              ALEXANDER PAUL SCHAIBLY

## [PROPOSED] ORDER

The court, having reviewed the above request **HEREBY ORDERS AS FOLLOWS:**

1. The court grants the above Request and orders the Defendant Alexander Paul Schaibly to pay $1500.00 in lieu of community service, and removes the probationary term for community service from the Judgment imposed on July 10, 2018; the court adopts the above request as its terms for the order of this court.

2. Accordingly, Defendant Alexander Paul Schaibly will pay the remaining fine of $1500.00 in lieu of completing community service hours, for Case No. 6:18-mj-00006-MJS; the length of the imposed probationary period will remain 24 months as ordered on July 10, 2018.

IT IS SO ORDERED.


Dated:   January 3, 2019   

_____
UNITED STATES MAGISTRATE JUDGE

REQUEST FOR PROBATION MODIFICATION ;
[PROPOSED] ORDER THEREON

3